⁂AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

__Southern__ DISTRICT OF __Texas__   *March 14, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
Manuel De Jesus OCAMPO-Discua

**CRIMINAL COMPLAINT**

Case Number: **4:25-mj-0149**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __2/10/2022__ in __Harris__ County, in the __Southern__ District of __Texas__ defendant(s),

*(Track Statutory Language of Offense)*

Title 8 USC 1326(a) and (b) -- a native and citizen of Honduras, and an alien who had been previously Removed (Deported) from the United States, was found unlawfully present in the United States at Huntsville, Texas, after having been Convicted of a crime defined as a Felony, without having obtained consent from the Attorney General or the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557. for lawful readmission into the Unites States.

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)__.

I further state that I am a(n) __Special Agent, Homeland Security__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

Signature of Complainant

Eric McCall
Printed Name of Complainant

Sworn to and signed by telephone.

__3/14/2025__   at   __Houston__   __Texas__
Date                  City             State

Honorable Richard W. Bennett   Magistrate Judge
Name of Judge                  Title of Judge

Signature of Judge

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## Affidavit in Support of a Criminal Complaint

(1) I, Eric McCall, after being duly sworn telephonically, state as follows: I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), as a Special Agent (SA) of Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) Department of Homeland Security (DHS) assigned to the Special Agent in Charge (SAC) Houston and have been so employed since May 31, 2016. I started my career in 1998 with the U.S. Border Patrol in Brownsville, Texas.  In 2003, I transferred to Corpus Christi, Texas, as a Special Agent with Immigration and Customs Enforcement (ICE).

(2) On March 13, 2025, at approximately 2330 hour, Manuel OCAMPO-Discua was detained by ICE at the processing center in Conroe, Texas.

(3) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously convicted and deported.

(4) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5) Element One: The Defendant is a citizen and national of Honduras and not a Native, Citizen or National of the United States.

(6) Element Two: The Defendant has previously been deported or removed from the United States on the following twelve occasions: a. June 4, 1999; b. May 2, 2000, c. October 26, 2002; d. April 17, 2003; e. August 7, 2003; f. January 8, 2004; g. July 6, 2006; h. January 19, 2011; i. September 7,

1

2012; j. April 17, 2015; k. November 30, 2016; l. December 8, 2017

(7) Element Three: After deportation, the Defendant was subsequently found in the United States on February 10, 2022, in Harris County, Texas, which is within the Houston Division Southern District of Texas.

Via Record Checks, Manuel De Jesus OCAMPO-Discua has violated Title 8 USC 1326(a)and(b) for being present in the United States after having been previously Removed and Convicted of violating Title 8 USC 1326(a), Illegal Re-Entry.

On April 12, 2005, in Kansas City, Missouri, Manuel De Jesus OCAMPO-Discua was Sentenced to 24 months followed by 1 year SRT for Title 8 USC 1326(a) Conviction.

A search of immigration databases indicated that Manuel De Jesus OCAMPO-Discua has never requested permission (via form I-212) from the Secretary of the Department of Homeland Security or the Attorney General of the United States for permission to lawfully reenter the United Sates pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

_____
Eric McCall, HSI Special Agent
DHS-Department of Homeland Security
ICE-Immigration and Customs Enforcement
HSI-Homeland Security Investigations

**Submitted by reliable electronic means, sworn to, signature, attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on March 14, 2025.**

_____
The Honorable Richard W.Bennett
UNITED STATES MAGISTRATE JUDGE

2